# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Quinn Nelson

v.

Elmcroft Senior Living : Elmcroft Bristol

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. __Quinn Nelson__ is a citizen of __Connecticut__ who
   (Plaintiff)                          (State)
presently resides at __335 Ferry Boulevard__.
                        (mailing address)

2. Defendant __Elmcroft Senior Living__ is a citizen of __Oregon__
            (name of first defendant)                   (State)
whose address is __5885 Meadows Road Suite 501 Lake Oswego, OREGON 97035__.

3. Defendant **Elmcroft of Bristol** is a citizen of **Tennessee**
   (name of second defendant)                              (State)

   whose address is **826 Meadowview Road, Bristol, Tennessee 37620**.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Current residence of plaintiff lies within the judicial district   Sec. 51-344

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Anita Plaster, Director of Elmcroft of Bristol (a chapter of Elmcroft Senior Living) learned that myself, Quinn Nelson and her immediate subordinate, Becky Boswell, were dating approximately a month into my employment at the company. Consequently, after every occurrence of Ms. Plaster witnessing us out together in public, I would be summoned into her office and reprimanded for imaginary maladaptive work behaviors. No complaints concerning my performance surfaced prior to Ms. Plaster learning of my relationship with Ms. Boswell. After publicly stating her opposition to 'mixed-race' couples, she subsequently fired me.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** I allege that my Constitutional right to work free of discrimination due to my race was violated; in contravention of the Civil Rights Act of 1964.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Ali Duckett personally witnessed Anita Plaster state that Black men should not date White women. Soon after this incident, I was summoned to Ms. Plaster's office and fired. Every nurse employed at Elmcroft between 2/12/20 and 3/12/20 can attest to my hard work and diligence. They can also attest to the fact that (a white female) a resident care assistant named Angel Casey left a client soiled and was not fired.

**Claim II:** _____

_____

_____

Supporting Facts:

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I seek reimbursement of compensation for three years of employment (my plan was to work at Elmcroft until I completed my Doctorate).

I also seek punitive damages in the amount of 1 million dollars.

## F. JURY DEMAND

Do you wish to have a jury trial? (Yes)     No

_____          _____
Original signature of attorney (if any)       **Plaintiff's Original Signature**


_____          _____
Printed Name                                              Printed Name


( )                                                                ( )
Attorney's full address and telephone          Plaintiff's full address and telephone


Email address if available                          Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __141 Church Street__ on __3/9/2021__.
               (location)                    (date)

_____
**Plaintiff's Original Signature**


(Rev.3/29/16)